UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
——————————————————————X

Clarke et al.,

       Plaintiffs,

  -against-                                    23-cv-08940 (CM)

Government Employees Insurance Company et al.,

       Defendants.

——————————————————————X

**ORDER**

McMahon, J.:

    For the reasons set forth in my oral order today, plaintiffs' motion to remand is denied: defendants' motion to transfer is granted.

    The Clerk is directed to terminate the case on the docket and transfer it to the Eastern District of New York.

Dated: January 5, 2024

                                                            _____
                                                                      U.S.D.J.

BY ECF TO ALL COUNSEL